# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd 5/18/06
★ MAY 19 ...6
BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 1, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By: Mecca S. Carter
Deputy Clerk

Attachment

cc:   Transferee Judge:      Judge Jack B. Weinstein
      Transferor Judges:     (See Attached List of Judges)
      Transferor Clerk:      Richard W. Wieking

JPML Form 36



A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY    2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01090-SC Document 8 Filed 08/28/06 Page 3 of 13
Case 1:04-md-01596-JBW-RLM Document 567 Filed 05/19/2006 Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #                CASE CAPTION

CALIFORNIA NORTHERN
CAN 3 05-4829 SC         Amber Brennan v. Eli Lilly & Co.
CAN 3 05-4830 WHA        Marlene Romero v. Eli Lilly & Co.
CAN 3 05-4832 JSW        Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3 05-4833 CRB        James Saleeby, etc. v. Eli Lilly & Co.
CAN 3 05-4892 MJJ        Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3 05-4895 WHA        Steven Leeper v. Eli Lilly & Co.
CAN 3 05-4902 WHA        Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3 05-4908 MJJ        Zachary Gilman v. Eli Lilly & Co.
~~CAN 3 05-5009~~         ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3 05-5011~~         ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3 05-5013 WHA        Leonard Ward v. Eli Lilly & Co.
CAN 3 05-5029 PJH        Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3 05-5032 PJH        Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3 05-5033 MJJ        Coreen Hansen v. Eli Lilly & Co.
CAN 3 05-5074 MHP        Willie Evans v. Eli Lilly & Co.
CAN 3 05-5077 WHA        Shannon Miller v. Eli Lilly & Co.
CAN 3 05-5078 SC         Joshua Hudson v. Eli Lilly & Co.
CAN 3 05-5093 PJH        David Strawn v. Eli Lilly & Co.
CAN 3 05-5094 PJH        Jim Ayala v. Eli Lilly & Co.
CAN 3 05-5096 JSW        Michael Keizur v. Eli Lilly & Co.
~~CAN 3 05-5149~~         ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3 05-5150 WHA        Jeffrey Oldewurtel v. Eli Lilly & Co.
~~CAN 3 05-5152~~         ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3 05-5153 MMC        Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3 05-5266 SBA        Duane Long v. Eli Lilly & Co.
CAN 3 05-5267 PJH        Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3 05-5268 MJJ        Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3 05-5269 JSW        Mark Conder, et al. v. Eli Lilly & Co.
CAN 3 06-31 JSW          Jeannie Swartz v. Eli Lilly & Co.
~~CAN 3 06-35~~           ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3 06-40~~           ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3 06-41 WHA          Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3 06-248 EDL         Patricia Glace v. Eli Lilly & Co.
CAN 3 06-252 WHA         Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3 06-253 JSW         Debbie Holden v. Eli Lilly & Co.
CAN 3 06-894 WHA         Daryl Paul v. Eli Lilly & Co.
CAN 3 06-895 PJH         Eugenne Salmon v. Eli Lilly & Co.
CAN 3 06-896 TEH         Debra Mcclelland v. Eli Lilly & Co.
CAN 3 06-897 SBA         Pamela Blish v. Eli Lilly & Co.
CAN 3 06-898 MMC         Celita Finney v. Eli Lilly & Co.
CAN 3 06-899 SC          Duane Windom v. Eli Lilly & Co.
CAN 3 06-900 WHA         Jerome Dennis v. Eli Lilly & Co.
CAN 3 06-901 MMC         Timothy Lee v. Eli Lilly & Co.
CAN 3 06-903 WHA         Kimberly Fortunato v. Eli Lilly & Co.
CAN 3 06-904 SC          Floretia Harris v. Eli Lilly & Co.
CAN 3 06-905 TEH         Della Collins v. Eli Lilly & Co.
CAN 3 06-952 SC          Constance Heg v. Eli Lilly & Co.
CAN 3 06-955 SBA         Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3 06-956 PJH         Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3 06-957 MJJ         Linda Wright v. Eli Lilly & Co.
CAN 3 06-958 WHA         Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)

| | | |
|---|---|---|
| CAN 3 | 06-959 | Philip G. Roulo, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-960 | Richard Anderson v. Eli Lilly & Co. |
| CAN 3 | 06-961 | Paul E. Boring, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-962 | Silas Bennett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-965 | Rhona Smith, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-966 | Sherry Stone, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-967 | Timmons Hill v. Eli Lilly & Co. |
| CAN 3 | 06-968 | Violet Adamovich, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-969 | Laurie Woloszyn v. Eli Lilly & Co. |
| CAN 3 | 06-970 | Tania Rupert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-972 | Vickie Abasta v. Eli Lilly & Co. |
| CAN 3 | 06-976 | Anthony Jackson v. Eli Lilly & Co. |
| CAN 3 | 06-979 | Estella Mullings v. Eli Lilly & Co. |
| CAN 3 | 06-981 | Cheryl Hill v. Eli Lilly & Co. |
| CAN 3 | 06-983 | Aaron Roberts v. Eli Lilly & Co. |
| CAN 3 | 06-984 | Mary Willhoite v. Eli Lilly & Co. |
| CAN 3 | 06-987 | Tuesday Golden, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-989 | Vag Mayi v. Eli Lilly & Co. |
| CAN 3 | 06-990 | Constance Fuller v. Eli Lilly & Co. |
| CAN 3 | 06-991 | Louise Rodriguez v. Eli Lilly & Co. |
| CAN 3 | 06-994 | Jason Evans v. Eli Lilly & Co. |
| CAN 3 | 06-995 | Aaron Kirkland v. Eli Lilly & Co. |
| CAN 3 | 06-996 | Laura Dalena v. Eli Lilly & Co. |
| CAN 3 | 06-997 | Roger Mount, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-998 | Teresa Brando v. Eli Lilly & Co. |
| CAN 3 | 06-999 | Linda Hilton v. Eli Lilly & Co. |
| CAN 3 | 06-1001 | Adam Santucci v. Eli Lilly & Co. |
| CAN 3 | 06-1003 | Assefa Enkuneh v. Eli Lilly & Co. |
| CAN 3 | 06-1004 | Linda Tafoya-Bassett, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1005 | Cheryl D. Adams v. Eli Lilly & Co. |
| CAN 3 | 06-1006 | Kathleen Koche v. Eli Lilly & Co. |
| CAN 3 | 06-1007 | Juan Saffold v. Eli Lilly & Co. |
| CAN 3 | 06-1008 | Gloria Scott v. Eli Lilly & Co. |
| CAN 3 | 06-1009 | Mary Smith v. Eli Lilly & Co. |
| CAN 3 | 06-1010 | Craig Lucas v. Eli Lilly & Co. |
| CAN 3 | 06-1011 | Charmine Laney v. Eli Lilly & Co. |
| CAN 3 | 06-1013 | Karen Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1023 | Pat Colvin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1024 | Charles H. Butler, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1025 | Bart Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1026 | Deborah Hargraves v. Eli Lilly & Co. |
| CAN 3 | 06-1027 | Robin Mcgowan v. Eli Lilly & Co. |
| CAN 3 | 06-1028 | Josie Miller v. Eli Lilly & Co. |
| CAN 3 | 06-1029 | Ralph Cole v. Eli Lilly & Co. |
| CAN 3 | 06-1031 | Theodore Comer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1033 | Craig Green v. Eli Lilly & Co. |
| CAN 3 | 06-1034 | Judith Kokesh, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1035 | Hollis Greenspan v. Eli Lilly & Co. |
| CAN 3 | 06-1036 | Mildred Robek, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1037 | Linda Rockman v. Eli Lilly & Co. |
| CAN 3 | 06-1039 | John Molinaro, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1040 | John Wardlow v. Eli Lilly & Co. |
| CAN 3 | 06-1041 | Henry Wolfe, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1042 | Karlina Ann Temple, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1043 | Scott Murphy v. Eli Lilly & Co. |
| CAN 3 | 06-1044 | Sabenna D. Burgess v. Eli Lilly & Co. |
| CAN 3 | 06-1045 | John Sgarlata, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1046~~ | ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| ~~CAN 3~~ | ~~06-1049~~ | ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

CAN 3  06-1050  Howard Grove, et al. v. Eli Lilly & Co.
CAN 3  06-1051  Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3  06-1052  Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3  06-1053  Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3  06-1054  Priscilla Shrader v. Eli Lilly & Co.
CAN 3  06-1056  Janet Janssen v. Eli Lilly & Co.
CAN 3  06-1057  Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3  06-1058  Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3  06-1060  Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3  06-1061  Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3  06-1062  Brenda Hunter v. Eli Lilly & Co.
CAN 3  06-1063  Steven Tomaselli v. Eli Lilly & Co.
CAN 3  06-1064  Theresa Trotman v. Eli Lilly & Co.
CAN 3  06-1076  Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3  06-1077  Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1078  Noemi Hernandez v. Eli Lilly & Co.
CAN 3  06-1079  Wandy Deasy v. Eli Lilly & Co.
CAN 3  06-1080  Joe Flores v. Eli Lilly & Co.
CAN 3  06-1081  Dante Barfield v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1082  Felipe Flores v. Eli Lilly & Co.
CAN 3  06-1083  Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3  06-1084  Ward Marks v. Eli Lilly & Co.
CAN 3  06-1085  Carroll Vanover v. Eli Lilly & Co.
CAN 3  06-1086  Sandy Laverich v. Eli Lilly & Co.
CAN 3  06-1088  Alberta Johnson v. Eli Lilly & Co.
CAN 3  06-1090  Greg Bauder v. Eli Lilly & Co.
CAN 3  06-1091  Linda Soule v. Eli Lilly & Co.
CAN 3  06-1093  Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3  06-1096  Keith Bacon v. Eli Lilly & Co.
CAN 3  06-1099  James Fraser v. Eli Lilly & Co.
CAN 3  06-1100  Lois Osenga v. Eli Lilly & Co.
CAN 3  06-1103  Brandon Holmes v. Eli Lilly & Co.
CAN 3  06-1106  Gary Gauthier v. Eli Lilly & Co.
CAN 3  06-1108  Leilani Jones v. Eli Lilly & Co.
CAN 3  06-1110  Theresa Hill v. Eli Lilly & Co.
CAN 3  06-1111  Marguerite Joiner v. Eli Lilly & Co.
CAN 3  06-1112  Glenna Rohr v. Eli Lilly & Co.
CAN 3  06-1113  Diana Platts v. Eli Lilly & Co.
CAN 3  06-1116  Toni Iness v. Eli Lilly & Co.
CAN 3  06-1117  Carlos Garcia v. Eli Lilly & Co.
CAN 3  06-1118  Jason Skaggs v. Eli Lilly & Co.
CAN 3  06-1119  Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3  06-1122  James Thomas v. Eli Lilly & Co.
CAN 3  06-1123  Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1124  Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3  06-1125  Timothy Miller v. Eli Lilly & Co.
CAN 3  06-1126  James Arns v. Eli Lilly & Co.
CAN 3  06-1127  Severa Cruz v. Eli Lilly & Co.
CAN 3  06-1128  Brian Rickard v. Eli Lilly & Co.
CAN 3  06-1129  Peter Klein, et al. v. Eli Lilly & Co.
CAN 3  06-1131  James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3  06-1132  Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-1133  Alvie M. Laver v. Eli Lilly & Co.
CAN 3  06-1134  Shirley Eddy v. Eli Lilly & Co.
CAN 3  06-1135  Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3  06-1155  Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1156  Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3  06-1158  William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3  06-1159  Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

CAN 3  06-1160  Yash Kapur v. Eli Lilly & Co.
CAN 3  06-1161  Doreen Bell v. Eli Lilly & Co.
CAN 3  06-1162  William O'brien v. Eli Lilly & Co.
CAN 3  06-1163  Kimberly Hopkins v. Eli Lilly & Co.
CAN 3  06-1164  Florence Karolyi v. Eli Lilly & Co.
CAN 3  06-1168  Kathlene Cheriki v. Eli Lilly & Co.
CAN 3  06-1170  Susan Kline v. Eli Lilly & Co.
CAN 3  06-1171  Dennis Muschitz v. Eli Lilly & Co.
CAN 3  06-1172  Patricia Banks v. Eli Lilly & Co.
CAN 3  06-1174  David Chismar, et al. v. Eli Lilly & Co.
CAN 3  06-1175  Virginia Craig v. Eli Lilly & Co.
CAN 3  06-1178  Sandra Nyberg, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1179  Lehman Brownell v. Eli Lilly & Co.
CAN 3  06-1180  Yolanda Araujo v. Eli Lilly & Co.
CAN 3  06-1182  Karen Halechko v. Eli Lilly & Co.
CAN 3  06-1184  Gerald Garfield, et al. v. Eli Lilly & Co.
CAN 3  06-1185  Tyna Bass v. Eli Lilly & Co.
CAN 3  06-1186  Antonio Daniel v. Eli Lilly & Co.
CAN 3  06-1187  Pat Miller, et al. v. Eli Lilly & Co.
CAN 3  06-1188  Alberta Oliviri v. Eli Lilly & Co.
CAN 3  06-1190  Juawawno Boone v. Eli Lilly & Co.
CAN 3  06-1194  Anne Johnson v. Eli Lilly & Co.
CAN 3  06-1195  Paul Matthews v. Eli Lilly & Co.
CAN 3  06-1198  Ann Marie Gianetto v. Eli Lilly & Co.
CAN 3  06-1199  Kathy Martin v. Eli Lilly & Co.
CAN 3  06-1200  Gould Meclarny v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1201  Waymon Donat v. Eli Lilly & Co.
CAN 3  06-1202  Richard Jenkins, et al. v. Eli Lilly & Co.
CAN 3  06-1204  Frank Giacomazzo v. Eli Lilly & Co.
CAN 3  06-1206  Letha Russell v. Eli Lilly & Co.
CAN 3  06-1207  Patricia Glenn, et al. v. Eli Lilly & Co.
CAN 3  06-1209  Judith A. Gunnette, et al. v. Eli Lilly & Co.
CAN 3  06-1230  John Bowermaster v. Eli Lilly & Co.
CAN 3  06-1231  Patrick Callaway v. Eli Lilly & Co.
CAN 3  06-1232  Mary Lee v. Eli Lilly & Co.
CAN 3  06-1233  Barbara Pupo v. Eli Lilly & Co.
CAN 3  06-1235  Iris Wohlt, et al. v. Eli Lilly & Co.
CAN 3  06-1236  Darrel Vail v. Eli Lilly & Co.
CAN 3  06-1237  Charles Coffman v. Eli Lilly & Co.
CAN 3  06-1239  Lauree Ward v. Eli Lilly & Co.
CAN 3  06-1240  Patricia Pirotta v. Eli Lilly & Co.
CAN 3  06-1241  Larry Pancher v. Eli Lilly & Co.
CAN 3  06-1242  Jo Marie Santi v. Eli Lilly & Co.
CAN 3  06-1244  Gail F. Cowher v. Eli Lilly & Co.
CAN 3  06-1245  Cox v. Eli Lilly & Co.
CAN 3  06-1246  Kenneth Crawford v. Eli Lilly & Co.
CAN 3  06-1263  William J. Crawford v. Eli Lilly & Co.
CAN 3  06-1267  Kimberly Santagata, et al. v. Eli Lilly & Co.
CAN 3  06-1269  Harrison Sarver, et al. v. Eli Lilly & Co.
CAN 3  06-1270  Rivers v. Eli Lilly & Co.
CAN 3  06-1273  Marianne Capelie, et al. v. Eli Lilly & Co.
CAN 3  06-1274  Kathleen Mark, et al. v. Eli Lilly & Co.
CAN 3  06-1281  Scott M. Tucker v. Eli Lilly & Co.
CAN 3  06-1282  Nancy L. French v. Eli Lilly & Co.
CAN 3  06-1293  Michael J. Watkins v. Eli Lilly & Co.
CAN 3  06-1294  Gerald L. Fletcher v. Eli Lilly & Co.
CAN 3  06-1297  Pamela A. Pence, et al. v. Eli Lilly & Co.
CAN 3  06-1299  Ashraf M. Hashmi v. Eli Lilly & Co.
CAN 3  06-1308  Manford Hanson v. Eli Lilly & Co. Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

| | | |
|---|---|---|
| CAN 3 | 06-1310 | Wesley Kirby v. Eli Lilly & Co. |
| CAN 3 | 06-1312 | Beth Smith, et al. v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1313~~ | ~~Leilani Jones v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1320 | Josie L. Murray v. Eli Lilly & Co. |
| CAN 3 | 06-1327 | Beatrice L. Elserougi v. Eli Lilly & Co. |
| CAN 3 | 06-1328 | Valerie J. Mirabile v. Eli Lilly & Co. |
| CAN 3 | 06-1330 | Larry Reyes v. Eli Lilly & Co. |
| CAN 3 | 06-1333 | Kathleen A. Hawk v. Eli Lilly & Co. |
| CAN 3 | 06-1334 | Robert Koch v. Eli Lilly & Co. |
| CAN 3 | 06-1339 | Ernestine Bowyer v. Eli Lilly & Co. |
| CAN 3 | 06-1340 | Airetta P.J. Becica v. Eli Lilly & Co. |
| CAN 3 | 06-1343 | Marie D. Price v. Eli Lilly & Co. |
| CAN 3 | 06-1344 | Lawrence Segers, Jr. v. Eli Lilly & Co. |
| CAN 3 | 06-1354 | Rick Alldrin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1356 | Lionel Arms, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1373 | Judith A. Stanley v. Eli Lilly & Co. |
| CAN 3 | 06-1374 | Donna M. Strasburger v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1376~~ | ~~Richard Keith, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 3 | 06-1379 | Deborah A. Couch v. Eli Lilly & Co. |
| CAN 3 | 06-1382 | Donald R. Dimartino v. Eli Lilly & Co. |
| ~~CAN 3~~ | ~~06-1387~~ | ~~Wesley Kirby v. Eli Lilly & Co.~~ Vacated 5/17/06 |
| CAN 3 | 06-1388 | Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1389 | Brandy S. Morgan v. Eli Lilly & Co. |
| CAN 3 | 06-1392 | Donna L. Wojnovich v. Eli Lilly & Co. |
| CAN 3 | 06-1393 | Caren L. Wilson v. Eli Lilly & Co. |
| CAN 3 | 06-1396 | Charlene West v. Eli Lilly & Co. |
| CAN 3 | 06-1397 | Mary Senf v. Eli Lilly & Co. |
| CAN 3 | 06-1398 | Nancy L. Axe v. Eli Lilly & Co. |
| CAN 3 | 06-1400 | Judy M. Fisher v. Eli Lilly & Co. |
| CAN 3 | 06-1401 | Azie Gould Mcclardy v. Eli Lilly & Co. |
| CAN 3 | 06-1404 | Robert Young v. Eli Lilly & Co. |
| CAN 3 | 06-1405 | Peter Williams v. Eli Lilly & Co. |
| CAN 3 | 06-1406 | Marlene Rogala v. Eli Lilly & Co. |
| CAN 3 | 06-1432 | Shantell Wade-Herbert, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1433 | Evelina Zollicoffer, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1435 | David R. Werner v. Eli Lilly & Co. |
| CAN 3 | 06-1437 | Earnest L. Davis v. Eli Lilly & Co. |
| CAN 3 | 06-1439 | Joann Philbin, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1442 | Barrett v. Eli Lilly & Co. |
| CAN 3 | 06-1443 | Carol A. Bartlett v. Eli Lilly & Co. |
| CAN 3 | 06-1457 | Howard Thompson, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1458 | Bernadine A. Bienias v. Eli Lilly & Co. |
| CAN 3 | 06-1460 | Richard A. Hernandez v. Eli Lilly & Co. |
| CAN 3 | 06-1462 | Sandra M. Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1465 | Heber Olsen, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1466 | James Cutter v. Eli Lilly & Co. |
| CAN 3 | 06-1467 | Adnan Tuncel v. Eli Lilly & Co. |
| CAN 3 | 06-1468 | Shirley A. Jones v. Eli Lilly & Co. |
| CAN 3 | 06-1469 | Zackarius E. Kleinsasser v. Eli Lilly & Co. |
| CAN 3 | 06-1472 | Damon L. Dowdell v. Eli Lilly & Co. |
| CAN 3 | 06-1473 | Jennifer L. Kebler v. Eli Lilly & Co. |
| CAN 3 | 06-1476 | Linda K. Hartle v. Eli Lilly & Co. |
| CAN 3 | 06-1477 | Oradean Foster v. Eli Lilly & Co. |
| CAN 3 | 06-1479 | Maurice Looney v. Eli Lilly & Co. |
| CAN 3 | 06-1480 | Andrew J.w. Walker v. Eli Lilly & Co. |
| CAN 3 | 06-1481 | Gregory Knight v. Eli Lilly & Co. |
| CAN 3 | 06-1482 | Harriet F. Haughiout v. Eli Lilly & Co. |
| CAN 3 | 06-1484 | Mary E. Hunter v. Eli Lilly & Co. |
| CAN 3 | 06-1486 | Marvette L. Keys v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 6 of 9

CAN 3  06-1487  Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489  William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490  Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491  Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493  David Martinez v. Eli Lilly & Co.
CAN 3  06-1494  Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495  Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497  Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525  Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527  Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530  Joel Feser v. Eli Lilly & Co.
CAN 3  06-1532  Gerald Garfield, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1533  Eric Padgett v. Eli Lilly & Co.
CAN 3  06-1534  Alberta Johnson v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1537  Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538  Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540  Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542  Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543  William Maloney v. Eli Lilly & Co.
CAN 3  06-1544  Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547  Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548  Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549  Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550  Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552  Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553  Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554  Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556  Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559  Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562  David Bell v. Eli Lilly & Co.
CAN 3  06-1563  Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565  Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566  Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567  Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605  Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606  Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611  Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613  Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614  Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615  Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618  Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620  Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622  Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623  Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624  Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625  Nicholas Gonzales v. Eli Lilly & Co.
CAN 3  06-1626  Ann Dutton v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1627  Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628  Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643  James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644  Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692  Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693  Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697  Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699  James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701  Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702  Marcella L. Lowry v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 7 of 9

CAN 3  06-1705 SC        Donald D. Hetrick v. Eli Lilly & Co.
CAN 3  06-1706 JSW       Carol S. Buvoltz v. Eli Lilly & Co.
CAN 3  06-1708           ~~Gerald L. Fletcher v. Eli Lilly & Co.~~ Vacated 5/17/06
CAN 3  06-1709 SI        Ronald J. Elardo, et al. v. Eli Lilly & Co.
CAN 3  06-1712 WHA       Beverly Sikora, et al. v. Eli Lilly & Co.
CAN 3  06-1757           ~~Linda L. Nevei v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1758 SC        Gina Mcdonald v. Eli Lilly & Co.
CAN 3  06-1761 MHT       Tracy K. Mueller v. Eli Lilly & Co.
CAN 3  06-1770 SI        Madeline Elsener v. Eli Lilly & Co.
CAN 3  06-1787 MJJ       Joe Stevenson, et al. v. Eli Lilly & Co.
CAN 3  06-1788 MJJ       Helene M. Lotka v. Eli Lilly & Co.
CAN 3  06-1819 SC        Don Wilson v. Eli Lilly & Co.
CAN 3  06-1825 WHA       Darren A. Wimley v. Eli Lilly & Co.
CAN 3  06-1847 PJH       Shireen L. Thomas, et al. v. Eli Lilly & Co.
CAN 3  06-1852 MJJ       Curtis C. Tomkins v. Eli Lilly & Co.
CAN 3  06-1856 PJH       Irish G. Whaley v. Eli Lilly & Co.
CAN 3  06-1859 MJJ       Conrad F. Sammet, Jr. v. Eli Lilly & Co.
CAN 3  06-1860 SI        Brandy L. Rooks, et al. v. Eli Lilly & Co.
CAN 3  06-1931 JSW       Jorenda Bolden v. Eli Lilly & Co.
CAN 3  06-2038           ~~Helene M. Lotka v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-2188           ~~Timothy Johnson, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2283 WHA       Johnnena Washington v. Eli Lilly & Co.
CAN 3  06-2385           ~~Russel Woodrow, et al. v. Eli Lilly & Co.~~ Opposed 5/17/06
CAN 3  06-2386           ~~John Grant, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2398 MHT       Duane Inks v. Eli Lilly & Co.
CAN 3  06-2399 MJJ       Eunice Asher v. Eli Lilly & Co.
CAN 3  06-2420 JSW       Eiraje Hajebi, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2421 JSW       David Engstrom, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2489           ~~Andra Alexander, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06
CAN 3  06-2609 MJJ       Eric John Hornisher, et al. v. Eli Lilly & Co.
CAN 4  05-4831           Don Pledger, et al. v. Eli Lilly & Co.
CAN 4  05-4894           Tonya Alexander v. Eli Lilly & Co.
CAN 4  05-5097           ~~Cynthia Akins, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  05-5098           ~~Shannon La' Rocque v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4  05-5099           Timothy O'neill v. Eli Lilly & Co.
CAN 4  05-5148           Mark Sewell v. Eli Lilly & Co.
CAN 4  05-5151           Tammy Kelly, et al. v. Eli Lilly & Co.
CAN 4  05-5291           Alberta Smiley-Harris v. Eli Lilly & Co.
CAN 4  05-5292           Denine Cook v. Eli Lilly & Co.
CAN 4  06-8              Jerry Lee Ginn, et al. v. Eli Lilly & Co.
CAN 4  06-39             Viola Ward v. Eli Lilly & Co.
CAN 4  06-250            David Sensenig v. Eli Lilly & Co.
CAN 4  06-893            George Carmack v. Eli Lilly & Co.
CAN 4  06-906            Franklin Fraley v. Eli Lilly & Co.
CAN 4  06-954            Patsy Shows v. Eli Lilly & Co.
CAN 4  06-973            Sidney Carson, et al. v. Eli Lilly & Co.
CAN 4  06-974            Patricia Grillot v. Eli Lilly & Co.
CAN 4  06-977            Daniel Lemke v. Eli Lilly & Co.
CAN 4  06-980            Natalie Summers v. Eli Lilly & Co.
CAN 4  06-985            Ruth Porter, et al. v. Eli Lilly & Co.
CAN 4  06-988            Ronald Kemp v. Eli Lilly & Co.
CAN 4  06-993            Steven Dektor v. Eli Lilly & Co.
CAN 4  06-1022           Martha Meyer, et al. v. Eli Lilly & Co.
CAN 4  06-1030           John Luthy v. Eli Lilly & Co.
CAN 4  06-1032           James P. Ledney, et al. v. Eli Lilly & Co.
CAN 4  06-1038           Hazel Blumenschein v. Eli Lilly & Co.
CAN 4  06-1048           Dante Barfield v. Eli Lilly & Co.
CAN 4  06-1055           Faye Montgomery v. Eli Lilly & Co.
CAN 4  06-1059           Dennis Taylor, et al. v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 8 of 9

| | | |
|---|---|---|
| CAN 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN 4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 9 of 9

| | |
|---|---|
| CAN 4 06-1696 | David Barton Thomas v. Eli Lilly & Co. |
| CAN 4 06-1704 | Tracy L. Jones Hayman v. Eli Lilly & Co. |
| CAN 4 06-1707 | Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co. |
| ~~CAN 4 06-1765~~ | ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN 4 06-1827 | Norma L. Terry v. Eli Lilly & Co. |
| CAN 4 06-1844 | Jason Tsangaris v. Eli Lilly & Co. |
| ~~CAN 4 06-2384~~ | ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06 |

## INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

# INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton'
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102